# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 15-22078-CMB |
| Karen L. McCaffrey, | Chapter 13 |
| Debtor(s). | |
| _____ | Related to Doc. No. 65 |
| Ronda J. Winnecour, Chapter 13 Trustee, | |
| Movant, | |
| v. | |
| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc, | |
| Respondent(s). | |

## CONSENT ORDER OF COURT SETTLING TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

WHEREAS, the above captioned Respondent filed on March 8, 2016, a Notice of Post-Petition Mortgage Fees, Expenses, and Charges (at Claim No. 8) claiming the cumulative amount of $695 in fees, expenses and charges;

WHEREAS, RONDA J. WINNECOUR, Chapter 13 Trustee ("Trustee") filed an objection, at Doc. No. 65, to the Notice;

WHEREAS, the Respondent filed a response contending that the charges are legitimate at least in part;

WHEREAS, the Parties have agreed to settle the Objection to avoid further costs and expenses of litigating the legitimacy of the charges;

NOW THEREFORE, the Parties agree as follows:

(1) Respondent shall be allowed a claim for post-petition mortgage fees, expenses, and charges in the amount of $500 ("Allowed Amount"). This Allowed Amount covers all mortgage fees, expenses, and charges, including legal fees (including drafting, hearing appearances, etc), that were incurred (meaning goods or services were provided), whether or not the fees, expenses or charges were billed to the Respondent, on or before January 12, 2017.

(2) All other post-petition fees, expenses, and charges, set forth in the filed Notice or otherwise outstanding in excess of the Allowed Amount, are disallowed.

(3) Respondent is to provide Trustee with proof that the Debtor Mortgagor's records have been adjusted to remove all disallowed charges no later than 60 days from the date of this

Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the date the Bankruptcy case was filed.

    (4)    Respondent shall not assess additional fees, expenses or charges for defending the objection or for compliance with this Order.

So Ordered, this _____ day of _____, 20\_\_\_\_.

BY THE COURT:

_____
United States Bankruptcy Judge

Consented to:

/s/ Jeniece D. Davis
Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel
649 South Avenue
Secane, PA 19018
Attorney I.D. # 208967
610-328-2887 x 16
**Attorney for Respondent**

By:  /s/ Owen Katz
Owen Katz,
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566 x3124
Email: okatz@chapter13trusteewdpa.com
**Attorney for Movant**