11:00 AM

# PROCEEDING MEMO

Date: January 17, 2017

In re:  Karen L. McCaffrey

Bankruptcy No.  15-22078-CMB
Chapter 13
Doc. #65

**Appearances:**

| | |
|---|---|
| Movant(s): | ~~Winnecour/Pail/Bedford~~ / Katz |
| Respondent(s): | Jeniece D. Davis;  Jeffrey S. Golembiewski |
| Creditor(s): | Mark Packaracheck, Seterus. |

Nature of Proceeding:   Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges filed a Claim #8

Additional Pleadings:    #66 Certificate of Service;  #67 Response by Seterus, Inc.

**Judge's Notes:**


**Outcome:**

_____ Motion is GRANTED    ✓ Order entered        Consent order entered.

_____ Motion is DENIED  _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:    _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

FILED
1/17/17 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge