IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 15-22078-CMB |
| Karen L. McCaffrey,<br>    Debtor(s). | Chapter 13 |
| | Related to Doc. No. 65 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>v.<br>Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT SETTLING TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

WHEREAS, the above captioned Respondent filed on March 8, 2016, a Notice of Post-Petition Mortgage Fees, Expenses, and Charges (at Claim No. 8) claiming the cumulative amount of $695 in fees, expenses and charges;

WHEREAS, RONDA J. WINNECOUR, Chapter 13 Trustee ("Trustee") filed an objection, at Doc. No. 65, to the Notice;

WHEREAS, the Respondent filed a response contending that the charges are legitimate at least in part;

WHEREAS, the Parties have agreed to settle the Objection to avoid further costs and expenses of litigating the legitimacy of the charges;

NOW THEREFORE, the Parties agree as follows:

(1) Respondent shall be allowed a claim for post-petition mortgage fees, expenses, and charges in the amount of $500 ("Allowed Amount"). This Allowed Amount covers all mortgage fees, expenses, and charges, including legal fees (including drafting, hearing appearances, etc), that were incurred (meaning goods or services were provided), whether or not the fees, expenses or charges were billed to the Respondent, on or before January 12, 2017.

(2) All other post-petition fees, expenses, and charges, set forth in the filed Notice or otherwise outstanding in excess of the Allowed Amount, are disallowed.

(3) Respondent is to provide Trustee with proof that the Debtor Mortgagor's records have been adjusted to remove all disallowed charges no later than 60 days from the date of this

Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the date the Bankruptcy case was filed.

(4) Respondent shall not assess additional fees, expenses or charges for defending the objection or for compliance with this Order.

So Ordered, this __17th__ day of _____January_____, 20 _17_ .

BY THE COURT:

_____
United States Bankruptcy Judge

Consented to:

/s/ Jeniece D. Davis
Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel
649 South Avenue
Secane, PA 19018
Attorney I.D. # 208967
610-328-2887 x 16
**Attorney for Respondent**

By: /s/ Owen Katz
Owen Katz,
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566 x3124
Email: okatz@chapter13trusteewdpa.com
**Attorney for Movant**

FILED
1/17/17 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22078-CMB
Karen L. McCaffrey                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: kthe              Page 1 of 1              Date Rcvd: Jan 17, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db             +Karen L. McCaffrey,    5147 Janie Drive,    Pittsburgh, PA 15227-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R.   Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S.   Golembiewski    on behalf of Debtor Karen L. McCaffrey jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeniece D.   Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J.   Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
              S. James   Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8