UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
PENNSYLVANIA

In RE:                                                          Case No. 15-22078
    KAREN L. MCCAFFREY

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

| FROM: | TO: |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 939 W. North Avenue | 440 S. LaSalle Street |
| Suite 680 | Suite 2000 |
| Chicago, IL 60642 | Chicago, IL 60605 |

Dated: 05/16/2017

_Valerie Burley_ (signature)
Valerie Burley

Creditor's Authorized Agent for Fay Servicing LLC

Address: 1212 Corporate Drive, Suite 400, Irving, TX 75038
Telephone (817) 277-2011

FILED 2017 MAY 17 A 10:49 CLERK U.S. BANKRUPTCY COURT PITTSBURGH