## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN L. McCAFFREY,**<br>  **Debtor,**<br><br>**KAREN L. McCAFFREY,**<br>  **Movant,**<br>  **vs.**<br><br>**NO RESPONDENTS,**<br><br>  **Defendant,** | **Bankruptcy No. 15-22078-CMB**<br><br>**Related to Docket Document No. 1**<br>**Docket Document No. 80** |

### MOTION TO CONVERT TO CHAPTER 7 OF THE BANKRUPTCY CODE

The Debtors, pursuant to **11 U.S.C. §1307(a)**, hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert her case because:

1. This case, filed on June 8, 2015, has not been previously converted under **Sections 1112 or 1307** of the Bankruptcy Code.

2. The Debtor is eligible to be a Debtor under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

/s/Jeffrey S. Golembiewski
Jeffrey S. Golembiewski
Counsel for the Debtors
225 South Maple Avenue, Suite A
Greensburg, PA 15601
Ph: 724-832-0200
Fax:724-832-0211
PA I.D.# 64373
jgolembiewski@yahoo,com