**Form 132**

UNITED STATES BANKRUPTCY COURT  87
WESTERN DISTRICT OF PENNSYLVANIA  mgut

In re:  Bankruptcy Case No.: 15−22078−CMB

Chapter: 7

**Karen L. McCaffrey**
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND DETERMINATION OF TRUSTEE BOND

Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 8/7/17

**Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22078-CMB
Karen L. McCaffrey                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut                 Page 1 of 1               Date Rcvd: Aug 07, 2017
                               Form ID: 132               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
tr             +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey S. Golembiewski    on behalf of Debtor Karen L. McCaffrey jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeniece D. Davis    on behalf of Creditor    Fay Servicing LLC jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10