**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Karen L. McCaffrey**
Debtor(s)

Bankruptcy Case No.: 15−22078−CMB

Chapter: 7
Docket No.: 86 − 85

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: August 7, 2017

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 15-22078-CMB
Karen L. McCaffrey                                                            Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut                Page 1 of 1              Date Rcvd: Aug 07, 2017
                               Form ID: 143              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey S. Golembiewski    on behalf of Debtor Karen L. McCaffrey jgolembiewski@yahoo.com,
           denisegole@yahoo.com
          Jeniece D. Davis    on behalf of Creditor    Fay Servicing LLC jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
           jeniece@mvrlaw.com,    bonnie@mvrlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 10