| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Karen L. McCaffrey** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–7491** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**       **6/8/15** |
| Case number: **15–22078–CMB** | | Date case converted to chapter **7**    **8/7/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Karen L. McCaffrey | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5147 Janie Drive <br> Pittsburgh, PA 15227 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey S. Golembiewski <br> 225 South Maple Avenue, Suite A <br> Greensburg, PA 15601 | Contact phone 724–832–0200 |
| 5. | **Bankruptcy trustee** <br> Name and address | Rosemary C. Crawford <br> Crawford McDonald, LLC. <br> P.O. Box 355 <br> Allison Park, PA 15101 | Contact phone 724–443–4757 |

The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition.

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 8/7/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **October 16, 2017 at 12:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/15/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/7/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22078-CMB
Karen L. McCaffrey                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 2           Date Rcvd: Aug 07, 2017
                            Form ID: 309B           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
db          +Karen L. McCaffrey,    5147 Janie Drive,    Pittsburgh, PA 15227-3619
aty         +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
aty          Jeffrey R. Hunt,   Goehring, Rutter & Boehm,    437 Grant Street,   14th Floor,
              Pittsburgh, PA 15219-6107
aty         +Jeniece D. Davis,   Martha E. Von Rosenstiel, P.C.,   649 South Avenue,   Secane, PA 19018-3541
aty          Peter J. Ashcroft,    Bernstein-Burkley, P.C.,   Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1900
aty         +S. James Wallace,   845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,   Plainview, NY 11803-4224
14097381    +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14318698    +Fay Servicing, LLC,    440 S. LaSalle Street,   Suite 2000,   Chicago, IL 60605-5011
14058727    +Federal National Mortgage Association,    P.O. Box 650043,   Dallas, TX 75265-0043
14072168    +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14058731    +Seterus, Inc.,    14523 SW Millikan Way,   Beaverton, OR 97005-2352
14123162    +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,   Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: jgolembiewski@yahoo.com Aug 08 2017 00:54:35    Jeffrey S. Golembiewski,
              225 South Maple Avenue, Suite A,    Greensburg, PA  15601
tr          +EDI: BRCCRAWFORD.COM Aug 08 2017 00:53:00    Rosemary C. Crawford,   Crawford McDonald, LLC.,
              P.O. Box 355,   Allison Park, PA 15101-0355
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2017 00:54:55    Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 08 2017 00:55:03
              Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14058724    +EDI: CAPITALONE.COM Aug 08 2017 00:53:00    Capital One,   PO Box 30285,
              Salt Lake City, UT 84130-0285
14086402     EDI: CAPITALONE.COM Aug 08 2017 00:53:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
14058725    +E-mail/Text: kzoepfel@credit-control.com Aug 08 2017 00:55:08
              Central Loan Administration & Reporting,   425 Phillips Blvd.,   Ewing, NJ 08618-1430
14058726    +EDI: CHASE.COM Aug 08 2017 00:53:00    Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
14121410    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 08 2017 00:55:26    Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14058728    +E-mail/Text: Diane@mvrlaw.com Aug 08 2017 00:54:41    Martha E. Von Rosenstiel, P.C.,
              Attorney at Law,   649 South Avenue, Unit 7,   Clifton Heights, PA 19018-3541
14131143     E-mail/Text: peritus@ebn.phinsolutions.com Aug 08 2017 00:55:31
              PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   Irving, Tx 75014-1419
14112636     EDI: PRA.COM Aug 08 2017 00:53:00    Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
14058729    +EDI: DRIV.COM Aug 08 2017 00:53:00    Santander Consumer USA,   P.O. Box 961245,
              Fort Worth, TX 76161-0244
14080771    +EDI: DRIV.COM Aug 08 2017 00:53:00    Santander Consumer USA Inc,   P.O. Box 560284,
              Dallas, TX 75356-0284
14058730    +EDI: SEARS.COM Aug 08 2017 00:53:00    Sears/CBNA,   P.O. Box 6283,
              Sioux Falls, SD 57117-6283
14068837    +E-mail/Text: bncmail@w-legal.com Aug 08 2017 00:55:10    USAA FEDERAL SAVINGS BANK,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14058733    +EDI: USAA.COM Aug 08 2017 00:53:00    USAA Savings Bank,   10750 McDermott FWY,
              San Antonio, TX 78288-1600
14058732    +EDI: URSI.COM Aug 08 2017 00:53:00    United Recovery Systems LP,   PO Box 722910,
              Houston, TX 77272-2910
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Baldwin
cr              Duquesne Light Company
cr              PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na
cr*            +Fay Servicing LLC,   440 S. LaSalle Street,   Suite 2000,   Chicago, IL 60605-5011
cr*             PERITUS PORTFOLIO SERVICES II, LLC,   PO BOX 141419,   Irving, Tx 75014-1419
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2              User: mgut                Page 2 of 2              Date Rcvd: Aug 07, 2017
                                  Form ID: 309B             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski    on behalf of Debtor Karen L. McCaffrey jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeniece D. Davis    on behalf of Creditor    Fay Servicing LLC jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford     crawfordmcdonald@aol.com,    PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```