**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Case No. 15-22078-CMB |
| | : |
| KAREN L. McCAFFREY | : Chapter 13 |
| | : |
| | : Related to Document: 83, 84 85 & 88 |
| Debtor. | : Document No. 93 |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Golembiewski, certify as follows:

That I am and at all times herein after mentioned more than 18 years of age:

That on the 10th day of August 2017

I served a copy of: **THE WITHIN *ORDER* TOGETHER WITH THE *MOTION TO CONVERT CASE TO CASE UNDER CHAPTER 7*** by First Class US Mail on the following respondents:

Ronda J. Winnecour, Ch. 13 Trustee
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Peter J. Ashcroft, Esq.
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Borough of Baldwin
c/o Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101

Capital One Bank
P.O. Box 30285
Salt Lake City, UT  84130-0285

Capital One Bank (USA), N.A.
P.O. Box 71007
Charlotte, NC  28272-1082

Central Loan Administration and Reporting
425 Phillips Boulevard
Ewing, NJ  08618-1430

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

Duquesne Light Company
c/o Peter J. Ashcroft
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200,
Gulf Tower
Pittsburgh, PA 15219-1945

Equitable Gas Bankruptrcy Department
Attn: Judy Gavlowski
325 North Shore Drive, 2nd Floor
Pittsburgh, PA 15219-5860

Federal National Mortgage Association
c/o Rosicki, Rosicki & Associates, P.C.
51 West Bethpage Road
Plainview, NY  11803-4224

Federal National Mortgage Association
P.O. Box 65003
Dallas, TX  75265-0043

Jeffrey R. Hunt
Goehring, Rutter & Boehm
437 Grant Street
14th Floor
Pittsburgh, PA 15219-6107

Martha E. Von Rosenstiel, P.C.
Attorney at Law
649 South Avenue, Unit 7
Clifton Heights, PA 19018-3541

Karen L. McCaffrey
6147 Janie Drive
Pittsburgh, PA 152227-3619

Peritus Portfolio Services II, LLC
P.O. Box 14419
Irving, TX 75014-1419

Pennsylvania Department of Revenue
Department 280946
P.O. Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Peoples Natural Gas Company, LLC
Equitable Division
225 North Shore Drive

Pittsburgh, PA 15213-5860
Attn: Dean Lindner

Portfolio Recovery Associates
P.O. box 12914
Norfolk, VA 23541

Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA, Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Sears/CBNA
P.O. Box 6283
Sioux Falls, SD 57117-6283

Seterus, Inc.
14523 Northwest Milliken Way
Beaverton, OR 97005-2352

Seterus, Inc., as the authorized subservicer
P.O. Box 1047
Hartford, CT 06143-1047

USAA Federal Savings Bank
c/o Weinstein & Riley, P.C.
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

USAA Savings Bank
10750 McDermotte Freeway
San Antonio, TX  78288-1600

United Recovery Systems, LP
P.O. Box 722910
Houston, TX 77272-2910
S. James Wallace, Esq.
845 N. Lincoln Avenue
Pittsburgh, PA  15233-1828

I certify under the penalty and perjury that the foregoing is true and correct.

Date: **Augsut 10, 2017**              **/s/ Jeffrey S. Golembiewski**
                                        Jeffrey S. Golembiewski
                                        225 South Maple Avenue, Suite A

Greensburg, PA 15601
Phone:  724-832-0200
Fax:      724-832-0211
E-mail:  jgolembiewski@yahoo.com