**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KAREN L. MCCAFFREY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-22078

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/08/2015 and confirmed on 09/01/2015 . The case was subsequently   (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 39,971.44 |
| Less Refunds to Debtor | 1,336.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,635.11 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,483.96 | |
|     Trustee Fee | 1,585.78 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,069.74 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CENTRAL LOAN ADMINISTRATION AND RE<br>Acct: 0982 | 0.00 | 2,521.91 | 0.00 | 2,521.91 |
| US BANK NA - TRUSTEE FOR PROF-2013-S<br>Acct: 8363 | 0.00 | 24,027.56 | 0.00 | 24,027.56 |
| CENTRAL LOAN ADMINISTRATION AND RE<br>Acct: 0982 | 512.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE FOR PROF-2013-S<br>Acct: 8363 | 16,932.02 | 0.00 | 0.00 | 0.00 |
| BALDWIN BOROUGH (SWG)<br>Acct: D180 | 409.10 | 0.00 | 0.00 | 0.00 |
| BALDWIN BOROUGH (SWG)<br>Acct: D180 | 62.99 | 0.00 | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES II/WOLLE<br>Acct: 1302 | 18,500.00 | 6,234.01 | 1,781.89 | 8,015.90 |
| | | | | 34,565.37 |
| **Priority** | | | | |
| JEFFREY GOLEMBIEWSKI(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-22078 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    KAREN L. MCCAFFREY | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    KAREN L. MCCAFFREY | 1,336.33 | 1,336.33 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEFFREY GOLEMBIEWSKI(*) | 2,555.00 | 2,483.96 | 0.00 | 0.00 |
|       Acct: | | | | |
|    US BANK NA - TRUSTEE FOR PROF-2013-S | 500.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 8363 | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
|    PEOPLES NATURAL GAS CO LLC - EQUITA | 542.69 | 0.00 | 0.00 | 0.00 |
|       Acct: XXX2216 | | | | |
|    CAPITAL ONE BANK NA** | 344.56 | 0.00 | 0.00 | 0.00 |
|       Acct: 1052 | | | | |
|    CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1801 | | | | |
|    PRA RECEIVABLES MANAGEMENT LLC - A | 4,768.90 | 0.00 | 0.00 | 0.00 |
|       Acct: 6714 | | | | |
|    USAA FSB | 8,147.25 | 0.00 | 0.00 | 0.00 |
|       Acct: 0173 | | | | |
|    PERITUS PORTFOLIO SERVICES II/WOLLE | 4,517.59 | 0.00 | 0.00 | 0.00 |
|       Acct: 1302 | | | | |
|    DUQUESNE LIGHT COMPANY* | 423.70 | 0.00 | 0.00 | 0.00 |
|       Acct: 7491 | | | | |
|    BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                         34,565.37

TOTAL CLAIMED
  PRIORITY                     500.00
  SECURED                36,416.11
  UNSECURED           18,744.69

Date: 08/28/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com