B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re **Karen L. McCaffrey**  
Debtor(s)

Case No. **15-22078-CMB**  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Central Loan Administration & Reporting | **Describe Property Securing Debt:**<br>Debtor's Residence<br>Location: 5147 Janie Drive, Pittsburgh PA 15227 |
| Property will be (check one):<br>☑ Surrendered ☐ Retained | |
| If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>☑ Claimed as Exempt ☐ Not claimed as exempt | |

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Santander Consumer USA | **Describe Property Securing Debt:**<br>2012 Hyundai Santa Fe Sports Utility Vehicle<br>Location: 5147 Janie Drive, Pittsburgh PA 15227 |
| Property will be (check one):<br>☐ Surrendered ☑ Retained | |
| If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>☑ Claimed as Exempt ☐ Not claimed as exempt | |

B8 (Form 8) (12/08)                                                Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Seterus, Inc. | **Describe Property Securing Debt:**<br>Debtor's Residence<br>Location: 5147 Janie Drive, Pittsburgh PA 15227 |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- [x] Claimed as Exempt
- [ ] Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>[ ] YES     [ ] NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 1, 2017**        Signature **/s/ Karen L. McCaffrey**
                                                                              **Karen L. McCaffrey**
                                                                              Debtor