UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In RE:                                                                 Case No. 15-22078
  KAREN L. MCCAFFREY

NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:                                                              TO:
Fay Servicing, LLC                                                 Fay Servicing, LLC

440 S. LaSalle St.                                                 3000 Kellway Dr.

Suite 2000                                                         Ste 150

Chicago, IL 60605                                                  Carrollton, TX 75006


Dated: 08/28/2017

_____
Creditor's Authorized Agent for Fay Servicing LLC

Address: 1212 Corporate Drive, Suite 400, Irving, TX 75038
Telephone (817) 277-2011

RECEIVED 2017 SEP -1 A 11:04 CLERK U.S. BANKRUPTCY COURT PITTSBURGH