**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Karen L. McCaffrey** | Social Security number or ITIN **xxx−xx−7491** |
| | First Name  Middle Name  Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **15−22078−CMB**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karen L. McCaffrey

12/20/17    **By the court:** Carlota M. Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-22078-CMB
Karen L. McCaffrey                                                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin              Page 1 of 2          Date Rcvd: Dec 20, 2017
                             Form ID: 318             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db          +Karen L. McCaffrey,    5147 Janie Drive,    Pittsburgh, PA 15227-3619
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
cr          +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
              51 East Bethpage Road,    Plainview, NY 11803-4224
14097381    +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14318698    +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste. 150,    Carrollton, TX 75006-3357
14058727    +Federal National Mortgage Association,    P.O. Box 650043,    Dallas, TX 75265-0043
14072168    +Peoples Natural Gas Company LLC Equitable Division,     225 North Shore Drive,
              Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14058731    +Seterus, Inc.,    14523 SW Millikan Way,    Beaverton, OR 97005-2352
14123162    +Seterus, Inc. as the authorized subservicer for Fe,     P.O. Box 1047,    Hartford, CT 06143-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: BRCCRAWFORD.COM Dec 21 2017 01:03:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
              P.O. Box 355,    Allison Park, PA 15101-0355
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:04:36      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
14058724    +EDI: CAPITALONE.COM Dec 21 2017 01:03:00      Capital One,   PO Box 30285,
              Salt Lake City, UT 84130-0285
14086402     EDI: CAPITALONE.COM Dec 21 2017 01:03:00      Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
14058725    +E-mail/Text: kzoepfel@credit-control.com Dec 21 2017 01:05:03
              Central Loan Administration & Reporting,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
14058726    +EDI: CHASE.COM Dec 21 2017 01:03:00      Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
14121410    +E-mail/Text: kburkley@bernsteinlaw.com Dec 21 2017 01:05:36      Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14058728    +E-mail/Text: Diane@mvrlaw.com Dec 21 2017 01:04:23      Martha E. Von Rosenstiel, P.C.,
              Attorney at Law,    649 South Avenue, Unit 7,    Clifton Heights, PA 19018-3541
14131143     E-mail/Text: peritus@ebn.phinsolutions.com Dec 21 2017 01:05:46
              PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx 75014-1419
14112636     EDI: PRA.COM Dec 21 2017 01:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14058729    +EDI: DRIV.COM Dec 21 2017 01:03:00      Santander Consumer USA,    P.O. Box 961245,
              Fort Worth, TX 76161-0244
14080771    +EDI: DRIV.COM Dec 21 2017 01:03:00      Santander Consumer USA Inc,    P.O. Box 560284,
              Dallas, TX 75356-0284
14058730    +EDI: SEARS.COM Dec 21 2017 01:03:00      Sears/CBNA,   P.O. Box 6283,
              Sioux Falls, SD 57117-6283
14068837    +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:05:09      USAA FEDERAL SAVINGS BANK,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14058733    +EDI: USAA.COM Dec 21 2017 01:03:00      USAA Savings Bank,    10750 McDermott FWY,
              San Antonio, TX 78288-1600
14058732    +EDI: URSI.COM Dec 21 2017 01:03:00      United Recovery Systems LP,    PO Box 722910,
              Houston, TX 77272-2910
                                                                                             TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Baldwin
cr              Duquesne Light Company
cr              PROF-2013-S3 Legal Title Trust II, by U.S. Bank Na
cr*            +Fay Servicing LLC,    3000 Kellway Dr.,    Suite 150,    Carrollton, TX 75006-3357
cr*             PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,    Irving, Tx  75014-1419
                                                                                   TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: admin              Page 2 of 2            Date Rcvd: Dec 20, 2017
                              Form ID: 318             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey S. Golembiewski    on behalf of Debtor Karen L. McCaffrey jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jeniece D. Davis    on behalf of Creditor    Federal National Mortgage Association
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Jeniece D. Davis    on behalf of Creditor    Fay Servicing LLC jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford     crawfordmcdonald@aol.com,    PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```